# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    19-49214    LSG    Judge: LISA S. GRETCHKO

Case Name:    KS AUTOMATION, LLC

For Period Ending: 03/31/22    (3rd reporting period for this case)

Trustee Name:    BASIL T. SIMON, TRUSTEE

Date Filed (f) or Converted (c):    06/20/19 (f)

341(a) Meeting Date:    01/23/20

Claims Bar Date:    06/04/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA - CHECKING ACCOUNT | Unknown | 14,207.32 | | 14,207.32 | FA |
| 2. PREFERENCE (u) <br> * No preferences were recovered. | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. DEBTOR'S RECORDS SHOW OPEN A/R AS OF 12/31/18 OF $141,947.00.  NO IDENTIFIABLE A/R INFORAMTION IS AVAILABE AS OF THE INVOLUNTARY PETITION DATE OF 06/20/19; SCHEDULED ON SOFA #6 <br> BTD $2,392.50 | Unknown | 2,392.50 | | 2,392.50 | FA |
| 4. OFFICE FIXTURES <br> MICROSOFT SURFACE PRO 4 COMPUTER | Unknown | 0.00 | | 0.00 | FA |
| 5. OTHER MACHINERY, FIXTRUES & EQUIPMENT | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | Unknown | 0.00 | | 0.00 | FA |
| 8. LEASE OF 1753 WEST HAMLIN ROAD, ROCHESTER HILLS, MI | 0.00 | 0.00 | | 0.00 | FA |
| 9. POTENTIAL/ESTIMATED TAX REFUNDS 2018-2019 | Unknown | 0.00 | | 0.00 | FA |
| 10. POTENTIAL CLAIMS AGAINST ROSS STAUNTON, HEIKO SCHMIDT, STEFAN KOLLER AND VICTOR LANNI, INCLUDING, BUT NOT LIMITED TO: FRAUDULENT TRANSFERS, BREACH OF DUTY, MISAPPROPOPRIATION OF CORPORATE FUNDS. <br> 03/30/22 - Trustee's Notice of Abandonment filed; | Unknown | 10,000.00 | | 0.00 | 10,000.00 |
| 11. KS AUTOMATION 401(k) PROFT SHARING PLAN & TRUST | Unknown | 0.00 | | 0.00 | FA |
| 12. ACCOUNT RECEIVABLE <br> 09/08/21 - VOID ASSET. Duplicate of Asset No. 3 | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $8,000.00 | $26,599.82 | | $16,599.82 | $10,000.00 |

Case No:          19-49214      LSG    Judge: LISA S. GRETCHKO

Case Name:        KS AUTOMATION, LLC

Trustee Name:    BASIL T. SIMON, TRUSTEE

Date Filed (f) or Converted (c):    06/20/19 (f)

341(a) Meeting Date:            01/23/20

Claims Bar Date:                06/04/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/31/22 - TRUSTEE HAS REQUESTED THAT ATTORNEY AND ACCOUNTANT PREPARE AND FILE THEIR FINAL FEE APPS;

03/30/22 - TRUSTEE'S NOTICE OF ABANDONMENT OF ASSET NO. 10 FILED;

03/29/22 - TRUSTEE TO FILE HIS FINAL REPORT BY THE END OF MAY 2022;

03/29/22 - TRUSTEE TO FILE NOTICE OF ABANDONMENT OF ASSET NO. 10;

03/29/22 - TRUSTEE HAS NOT BEEN ABLE TO CONTACT MATT FRANK REGARDING REPRESENTION;

03/22/21 - EMAIL SENT TO MATT FRANK RE: POSSIBLE EMPLOYMENT FOR LITIGATION VS. INSIDERS;

03/26/20 - CONTINUED REVIEW OF POSSIBLE PREFERENCE ACTIONS AND POSSIBLE LITIGATION VS. INSIDERS;

03/06/20 - WAITING FOR POC BAR DATE TO EXPIRE (06/04/20);

01/05/20 - COLLECTION OF OUTSTANDING ACCOUNT RECEIVABLES AND PREFERENCES INITIATED;

12/18/19 - SCHEDULES FILED AND 341 MEETING SET FOR 01/23/20 @ 12:30;

09/06/19 - TRUSTEE HAS FILED A MOTION TO EMPLOY JEFF GRASL, ESQ. TO PREPARE BANKRUPTCY PETITION;

07/16/19 - TRUSTEE HAS REQUESTED 12 MONTHS OF BANK STATEMENTS FROM BANK OF AMERICA;

07/15/19 - FUNDS RECEIVED;

07/12/19 - TRUSTEE HAS REQUESTED THAT THE BANK ACCOUNT BE CLOSED AT BANK OF AMERICA;

06/20/19 - INVOLUNTARY CHAPTER 7 PETITION FILED;


Initial Projected Date of Final Report (TFR): 12/31/21        Current Projected Date of Final Report (TFR): 05/31/22


        /s/      BASIL T. SIMON, TRUSTEE
_____ Date: 04/12/22

        BASIL T. SIMON, TRUSTEE

        SIMON, STELLA & ZINGAS, P.C.

        645 GRISWOLD

        SUITE 3466

        DETROIT, MI  48226-4216

        Phone: (313) 962-6400

        Email: bsimon@sszpc.com

        Bar Number: P26340

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  19-49214  -LSG

Case Name:   KS AUTOMATION, LLC

Taxpayer ID No:  *******0005

For Period Ending:  03/31/22

Trustee Name:   BASIL T. SIMON, TRUSTEE

Bank Name:   Axos Bank

Account Number / CD #:   *******0480  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  2,000,000.00

Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C  07/16/19 | 1 | BANK OF AMERICA | CLOSE BANK ACCOUNT | 1129-000 | 14,207.32 | | 14,207.32 |
| C  09/13/19 | 002001 | GRASL, PLC<br>22345 METAMORA DR.<br>BEVERLY HILLS, MI 48025 | ATTY FOR DEBTOR FEES P/O 09/06/19 PAID IN FULL | 3701-000 | | 3,500.00 | 10,707.32 |
| C  12/04/19 | 002002 | INSURANCE PARTNERS<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OH 44145 | 2020 BLANKET BOND/INV# 377123 | 2300-000 | | 11.12 | 10,696.20 |
| C  01/29/20 | 3 | BTD | ACCOUNT RECEIVABLE | 1121-000 | 2,392.50 | | 13,088.70 |
| C  11/24/20 | 002003 | INSURANCE PARTNERS<br>2950 WEST MARKET STREET<br>AKRON, OH 44333 | 2021 BLANKET BOND/INV# 583326 | 2300-000 | | 8.62 | 13,080.08 |
| C  03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 13.04 | 13,067.04 |
| C  04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.43 | 13,052.61 |
| C  05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 13.95 | 13,038.66 |
| C  06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.40 | 13,024.26 |
| C  07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 13.92 | 13,010.34 |
| C  08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.36 | 12,995.98 |
| C  09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.35 | 12,981.63 |
| C  10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 13.87 | 12,967.76 |
| C  11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.32 | 12,953.44 |
| C  12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 13.84 | 12,939.60 |
| C  12/15/21 | 002004 | INSURANCE PARTNERS<br>2950 WEST MARKET STREET<br>AKRON, OH 44333 | 2022 BLANKET BOND/INV# 825963 | 2300-000 | | 16.69 | 12,922.91 |
| C  01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.28 | 12,908.63 |
| C  02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 14.25 | 12,894.38 |
| C  03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.86 | 12,881.52 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-49214  -LSG | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | KS AUTOMATION, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0480  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0005 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $  2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| | Account | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | *******0480 | 2 | Balance Forward | 0.00 | 4 | Checks | 3,536.43 |
| | | 0 | Deposits | 16,599.82 | 13 | Adjustments Out | 181.87 |
| | | | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $  16,599.82 | | Total | $  3,718.30 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $  16,599.82 | | | |